UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-835 (FLW) |
| v. | ORDER FOR CONTINUANCE |
| MUKARAM GAZI | |

This matter having come before the Court on the joint application of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by David E. Malagold and Adam Baker, Assistant U.S. Attorneys, appearing), and Defendant Mukaram Gazi (Anthony J. Mahajan, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties have met and conferred and agreed to a discovery schedule that anticipates the exchange of materials through February 7, 2022, which will allow defense counsel sufficient time to review and inspect discovery and further investigate the charges in this matter.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 7 th day of December, 2021,

(1)   ORDERED that this action be, and hereby is, continued until February 7, 2022; and it is further

(2)   ORDERED that the period from the date of this order through February 7, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Freda L. Wolfson, Chief Judge
United States District Judge

Consented to as to form and entry:

_____
Adam Baker
Assistant U.S. Attorney

_____
Anthony J. Mahajan, Esq.
Counsel for defendant