UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-835 (FLW) |
| v. | AMENDED SCHEDULING ORDER |
| MUKARAM GAZI | |

This matter having come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by David E. Malagold and Adam Baker, Assistant U.S. Attorneys, appearing); and Defendant Mukaram Gazi (being represented by Anthony J. Mahajan, Esq.); and the parties having met and conferred prior to and after the Defendant's arraignment; and the parties having agreed on an amended schedule for the continued exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this day of April 6, 2022, ORDERED that:

1. The Government shall continue its production of discovery required by Federal Rule of Criminal Procedure 16(a)(l), including exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, in its possession on a rolling basis in an effort to complete production by the date on which the parties meet and confer.

2. The parties will meet and confer on or before July 14, 2022 to discuss the materials produced by the Government by that date and any other potentially discoverable materials that have not yet been produced.

The Government will provide any additional materials it agrees are discoverable on a rolling basis thereafter in an effort to complete discovery by the date of the status conference in this matter.

3. The Defendant shall commence its production of discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 18, 2022, and shall continue to provide these materials on a rolling basis thereafter in an effort to complete discovery by the date of the status conference in this matter.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before the date of the status conference in this matter.

5. The Defendant may move for a bill of particulars on or before the date of the status conference in this matter.

6. A status conference shall be held on August 16, 2022, at 1:30 p.m., via zoom in order to assess the progress of discovery; to determine a schedule for the production of additional discovery, if necessary; to consider any discovery disputes, if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Freda L. Wolfson, Chief Judge
United States District Judge